UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JASON MATLACK                               CIVIL ACTION NO. 10-cv-1479

VERSUS                                      JUDGE STAGG

FOREST RIVER, INC., ET AL                   MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

  Jason Matlack, a citizen of Louisiana, filed suit in state court for recovery of personal injury damages. The several defendants removed the case based on an assertion of diversity jurisdiction. The notice of removal recognizes that there is not diversity of citizenship on the face of the pleadings because both Plaintiff and defendant Precision Auto Body, Inc. are citizens of Louisiana. The removing defendants assert that Precision's citizenship may be ignored because it was improperly joined, as that concept is described in cases such as <u>Smallwood v. Illinois Central RR Co.</u>, 385 F.3d 568 (5th Cir. 2004) (en banc). The parties also differ as to whether defendant Twin State Trucks, Inc. has its principal place of business in Texas or Louisiana.

  The court earlier issued an order (Doc. 41) that, among other things, set a March 7 deadline for Plaintiff to file a motion to remand. The description of the order in the docket entry did not describe that aspect of the order. When the issue was recently brought to the attention of Plaintiff's counsel, additional time was requested.

If Plaintiff intends to challenge the improper joinder plea or Twin States' representation that it has its principal place of business in Texas, he must do so by filing a motion to remand no later than **March 25, 2011**. If a motion to remand is filed, the court will await a decision on the motion before setting a scheduling conference. If Plaintiff does not file a motion to remand, the improper joinder plea and Texas citizenship assertion will be deemed uncontested, the court will deem Plaintiff's claims against Precision Auto Body, Inc. voluntarily dismissed, and a scheduling conference will be set promptly to discuss a trial date and related settings to resolve the claims against the other defendants. If Plaintiff does not intend to file a motion to remand and wishes to speed the process, he may do so by filing a motion to dismiss the claims against Precision Auto Body, Inc. and requesting the setting of a scheduling conference.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 4th day of March, 2011.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE